**EXHIBIT 1**

| Ref. No. | Area | Observation |
|---|---|---|
| 1 | Accessible Routes to/from City Sidewalk | 4 Routes in from the city sidewalk - all four have non-compliant sections related to either running slope, cross slope or both. |
| 2 | Accessible Routes to/from City Sidewalk<br><br>E Coast Hwy (North Connection) | The concrete walk along the parking area adjacent Javier's has a section with 2.9% to 3.3% cross slope (max 2.08% cross slope allowed) |
| 3 | Accessible Routes to/from City Sidewalk<br><br>E Coast Hwy (North Connection) | The walk that curves down to the city street has 3% to 4.7% cross slope (max 2.08% cross slope allowed) |
| 4 | Accessible Routes to/from City Sidewalk<br><br>Crystal Heights Drive | The walk's running slope ranges from 4.5% to 7% (max 5% running slope allowed) |
| 5 | Accessible Routes to/from City Sidewalk<br><br>Crystal Heights Drive | The walk has a cross slope of 2.8% to 3.3% for a long section at the north end (max 2.08% cross slope allowed) |
| 6 | Accessible Routes to/from City Sidewalk<br><br>Crystal Heights Drive | The curb ramp at the south end of the walk:<br>1. Ramp run is curved and the curvature and slope may result in uneven surfaces that makes wheelchair maneuvering difficult because not all wheels rest evenly on the surface.<br>2. Turning space has a 4.2% slope (max 2.08% slope allowed)<br>3. Ramp run and top walk have a cross slope of 2.6% and 3.2% (max 2.08% slope allowed)<br>4. Turning space has a 7/8" high lip at the drive aisle (required to be flush) |
| 7 | Accessible Routes to/from City Sidewalk<br><br>E Coast Hwy (South Connection) | The walk has one panel with a 7.4% running slope (max 5% running slope allowed) |
| 8 | Accessible Routes to/from City Sidewalk<br><br>E Coast Hwy (South Connection) | The walk along Mastros has a 4% to 5% cross slope just west of their patio (max 2.08% cross slope allowed) |

**EXHIBIT 1**

| Ref. No. | Area | Observation |
|---|---|---|
| 9 | Accessible Routes to/from City Sidewalk<br><br>E Coast Hwy (South Connection) | The lower portion of the walk has a 3% to 4.5% cross slope (max 2.08% cross slope allowed) |
| 10 | Accessible Routes to/from City Sidewalk<br><br>Reef Point Drive | The asphalt crosswalk near the curb ramp on the north side of the drive aisle has a 3% to 6% cross slope due to an overlay (max 2.08% cross slope allowed) |
| 11 | Accessible Routes to/from City Sidewalk<br><br>Reef Point Drive | The curb ramp's turning space at the bottom has a cross slopes of up to 3.4% (max 2.08% cross slope allowed) |
| 12 | Accessible Routes to/from City Sidewalk<br><br>Reef Point Drive | The north 1/3 of the walk has a 3% to 4% cross slope (max 2.08% cross slope allowed) |
| 13 | Accessible Routes to/from City Sidewalk<br><br>Reef Point Drive | The south 1/2 of the walk has running slopes that vary from 4% to 7% (max 5% running slope allowed) |
| 14 | Javier's (7832)<br><br>Curb Ramp at Drive Aisle | Curb ramp:<br>1. Ramp run is curved and the curvature and slope may result in uneven surfaces that makes wheelchair maneuvering difficult because not all wheels rest evenly on the surface.<br>2. Has a beveled edge between the lower turning space and the drive aisle of 11/16" in height (required to be flush)<br>3. Turing space at the bottom has a cross slopes of 2.2% to 3% (max 2.08% cross slope allowed) |

Crystal Cove Shopping Center

**EXHIBIT 1**

| Ref. No. | Area | Observation |
|---|---|---|
| 15 | Javier's (7832)<br><br>Walk Along Frontage | The walk has non-compliant cross slopes (max 2.08% allowed):<br><br>1. 2.6% to 5% from curb ramp at drive aisle around the radius of the walk towards the waiting area.<br><br>2. 2.9%-3.8% from the entrance to the curb ramp to the accessible parking area.<br><br>3. 3.2% to 3.6% beyond the curb ramp to the accessible parking (extends to city sidewalk and the car dealership) |
| 16 | Javier's (7832)<br><br>Accessible Parking (2 Car Spaces) | The 5' access aisle overlaps the gutter and has steep slopes of up to 11% (max 2.08% allowed |
| 17 | Javier's (7832)<br><br>Accessible Parking (2 Car Spaces) | The asphalt surface of the parking spaces and access aisles have inconsistent slopes with slopes of 3% to 4.8% noted (max 2.08% allowed) |
| 18 | Javier's (7832)<br><br>Accessible Parking (2 Car Spaces) | The accessible route to/from the accessible parking crosses a swale (ribbon gutter) with stee slopes on each sides of 10%-11% (max 5% allowed) |
| 19 | Javier's (7832)<br><br>Accessible Parking (2 Car Spaces) | There is a non-compliant change in level / gap / opening between the curb ramp to the accessible parking and the asphalt of the drive aisle |
| 20 | Marche Moderne (7962)<br><br>Accessible Parking | The top 2' of the access aisle slopes 3% to 4.7% because the asphalt was sloped to blend to the curb ramp (max 2.08% allowed) |
| 21 | Gap (8012)<br><br>Walk Across Frontage | The concrete outside their entrance door is chipped and damaged |
| 22 | Gap (8012)<br><br>Curb Ramp to Accessible Parking | The curb ramp on the east side of the aisle has a 1/4" vertical lip at the bottom and the curb ramp on the west side has a large gap between the pavers and the ramp surface and a change in level |
| 23 | Gap (8012)<br><br>Accessible Parking | Asphalt within the parking area has irregular slopes with measurements of 3.1% to 3.5% (max 2.08% allowed) |
| 24 | Gap (8012)<br><br>Accessible Parking | Van access aisle only 92" wide when measured from the centerline of the markings (required to be at least 96") |

Crystal Cove Shopping Center

**EXHIBIT 1**

| Ref. No. | Area | Observation |
|---|---|---|
| 25 | Novocento (8008) | The walk along 8008 has a cross slope of 2.9% to 3.5% near the seating area (max 2.08% allowed) |
| 26 | Williams Sonoma (8032)<br><br>Walk Along Frontage | The walk has a 2.7% to 3.1% cross slope (max 2.08% allowed) |
| 27 | Butchery (8058)<br><br>Curb Ramp | The curb ramp:<br>1. Has a running slope of 8.5% to 9.3% (max 8.33% allowed)<br>2. Lacks a level landing extending across the full width of the curb ramp |
| 28 | Butchery (8058)<br><br>Accessible Parking | Access aisle is 56" wide (required to be at least 60") |
| 29 | Butchery (8058)<br><br>Accessible Parking | The asphalt within the parking area has slopes in excess of the maximum of 2.08%:<br><br>1. Asphalt slopes 3% to 4% up at top of access aisle to curb ramp.<br>2. The top of the right parking space slopes 7.5%.<br>3. The rear of each parking space has one location with 3.1% and 3.4% slope |
| 30 | Trader Joe's<br><br>Curb Ramps (Two) | The curb ramps have running slopes in excess of 8.33%. The north curb ramp has slopes of 7.4% to 10% . The south curb ramp has slopes of 7.6% to 10.6%. |
| 31 | Trader Joe's<br><br>Accessible Parking Space | The north van accessible parking space and aisle have slopex in excess of 2.08% and were measured with slopes of 3% and 3.9%. |
| 32 | Trader Joe's<br><br>Accessible Parking Space | South Van accessible parking space and aisle have irregular slopes of 2.6% and 4.1% (max 2.08% allowed) |
| 33 | Trader Joe's<br><br>Accessible Parking Space | The accessible parking spaces are not located on the shortest accessible route to any tenant entrances |
| 34 | Trader Joe's<br><br>Walk Along Frontage | Walk has a 4% to 6% cross slope along the south portion of the building connecting the EV, Accessible parking and to Mastro's (max 2.08% allowed) |

Crystal Cove Shopping Center

**EXHIBIT 1**

| Ref. No. | Area | Observation |
|---|---|---|
| 35 | Trader Joes / Mastros<br><br>Middle Drive Aisle Area | The curb ramp closest to Trader Joe's<br>1. Ramp run is curved and the curvature and slope may result in uneven surfaces that makes wheelchair maneuvering difficult because not all wheels rest evenly on the surface.<br>2. Has a 2.9% to 3.6% cross slope along the ramp and walk at the top |
| 36 | Trader Joes / Mastros<br><br>Middle Drive Aisle Area | A portion of the walk near Mastros has cross slopes of 3.1% to 3.4% (max 2.08% allowed) |
| 37 | Trader Joes / Mastros<br><br>Middle Drive Aisle Area | The curb ramp closest to Mastro's has a ramp run that is curved and the curvature and slope may result in uneven surfaces that makes wheelchair maneuvering difficult because not all wheels rest evenly on the surface. |
| 38 | Mastro's<br><br>Curb Ramp at East Side | The curb ramp:<br>1. Has an adjoining gutter with a 9% to 9.6% counter slope (max 5% allowed)<br>2. Turning space has some cross slopes of 2.5% to 2.9% (max 2..08% allowed)<br>3. Curb Ramp run has 3% to 3.7% cross slope at bottom and 2.8% at top (max 2.08% allowed) |
| 39 | Mastros<br><br>Walk Across Front | Walk has a cross slope east of the entrance of 2.8% to 3.1% (max 2.08% allowed) |
| 40 | Mastros<br><br>Walk Across Front | Walk has a cross slope west of the entrance of 2.7% to 3.7% (max 2.08% allowed), has two areas with chipped concrete which creates non-complying changes-in-level. The walk is also obstructed by the valet stand. |
| 41 | Mastros<br><br>Curb Ramp to Parking | The gutter at bottom of curb ramp has a couner slope of 5.6% to 7.8% (max 5% allowed).   3/4" high lip at gutter (between turning space and gutter).  The two surfaces should be flush. |
| 42 | Mastros<br><br>Crosswalk to Accessible Parking | Cross slopes of 3% to 5% (max 2.08% allowed) |

Crystal Cove Shopping Center

# EXHIBIT 1

| Ref. No. | Area | Observation |
|---|---|---|
| 43 | Mastros<br><br>Accessible Parking | 1. Asphalt patch on east side not blended back well and has 3% to 5% slopes.  2. Tree branches encroach into 98" vertical clearance over access aisles (but not parking spaces).  3. West parking space and access aisle have lifting from tree roots with 3.5% to 5% slopes (max 2.08% allowed) |
| 44 | Patio Dining Surfaces | The seating has the following problems:<br><br>1. The private patios have <5% of their seating accessible when analyzed as separate areas (rather than cumulative)<br><br>2. The open patios have <5% of their seating accessible (still <5% of everything cumulative / need 1 more)<br><br>3. The accessible table in the picnic areas lacks a chair or bench for a companion. |
| 45 | Patio Dining Surfaces | Ground clearance is reduced only around the base plate where they anchor to the ground. |
| 46 | Patio Dining Surfaces | The long tables identified with an ISA as accessible provide knee clearance to a depth of 7" (8" required by the ADA).  After 7" in depth, the height of the clearance reduces to 25" (27" min. required) |
| 47 | Valet (Multiple)<br><br>Passenger Loading Zones | The restaurants have valet stands moveable valet stands but accessible passenger loading zones were not provided at or near each of the valet stands. |

Crystal Cove Shopping Center